# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CHRIS GADDY, A.J. MCSWAIN AND § | |
| CHRIS RAYMOND § | |
| *Plaintiffs* § | |
| v. § | CIVIL ACTION NO. 2:09CV052 |
| § | JUDGE DAVID FOLSOM |
| BLITZ U.S.A., INC. § | |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR PARTIAL DISMISSAL

The Court having considered Plaintiffs' UNOPPOSSED MOTION FOR PARTIAL DISMISSAL finds that such Motion is well taken and should be GRANTED.

Therefore, Plaintiffs' claims for Misrepresentation, Breach of Express and Implied Warranties, Failure to Warn and Marketing Defect are dismissed from Plaintiffs' Complaint.

**SIGNED this 13th day of August, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE